# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 16mJ8763 |
| vs ) | ABSTRACT OF ORDER |
| ) | Booking No. 58515298 |
| Pedro Cisneros-Cisneros ) | |

**TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:**

Be advised that under date of _09/22/2016_ the Court entered the following order:

- [✓] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release.
- [ ] Defendant released on $ _____ bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- [✓] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case dismissed.
- [ ] Case dismissed, charges pending in case no. _____
- [ ] Defendant to be released to Pretrial Services for electronic monitoring.
- [ ] Other. _____

JAN M. ADLER
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL    Clerk
by _Carranza_
Deputy Clerk

Received _____
      DUSM

Crim-9  (Rev. 8-11)    ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY